No. 03–10790. PARRA v. CIGNA GROUP INSURANCE ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–10791. ARANSEVIA v. McKELVY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–10792. JEFFERSON, AKA MATHEW v. CROSBY, SECRE-TARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–10793. STEELE v. COTTEY, SHERIFF, MARION COUNTY, INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–10794. STEPHENSON v. RENICO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10795. SPILLANE v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON. C. A. 3d Cir. Certiorari denied.

No. 03–10797. CARNIVALE v. NEW YORK STATE DEPARTMENT OF EDUCATION. C. A. 2d Cir. Certiorari denied.

No. 03–10798. CARPENTER v. UNITED STATES; and No. 03–10848. CARPENTER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–10799. DRAYTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10800. CAGE-BARILE v. BARILE. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–10801. CROWLEY v. RENICO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10803. DURHAM v. WASHBURN ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–10804. DEMETER v. PENNSYLVANIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–10805. EDWARDS v. YARBOROUGH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.